UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL TAYLOR, | ) | CASE NO. 20-05787 |
| | ) | |
| DEBTOR. | ) | HON. CAROL A. DOYLE |

## NOTICE OF LIMITED OBJECTION

PLEASE TAKE NOTICE that the United States Trustee has a limited objection to and respectfully requests to be heard the following motion:

**Docket No. 22-1: Proposed Order attached to Dkt. 22—Motion to Reopen Chapter 7 Case and Motion to Amend Schedules**

previously noticed for hearing on January 27, 2022 at 10:00 AM before the Honorable Carol A. Doyle.

PATRICK S. LAYNG
UNITED STATES TRUSTEE

*/s/ Spencer Ezell*
Spencer Ezell, Trial Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(262) 613-8737

## CERTIFICATE OF SERVICE

I, Spencer Ezell, an attorney, certify that I served copies of the **Notice of Limited Objection** on the Debtor at the addresses shown on the attached list by First Class Mail on January 25, 2022, before 5:00 p.m.

*/s/ Spencer Ezell*

## SERVICE LIST

**Parties Served via First Class Mail:**

| | |
|---|---|
| Michael Taylor<br>431 Neosho<br>Park Forest, IL 60466 | Michael Taylor<br>1316 Franklin Av<br>Chicago Heights, IL  60411 |