UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 20-05787 |
| Michael Taylor ) | | |
| ) | Chapter: | 7 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING MOTION TO REOPEN AND WAIVE THE REOPENING FEE**

This matter is before the court on the debtor's motion to reopen the case and waive the filing fee,

IT IS ORDERED the motion is granted as follows:

1. The case is reopened.

2. The reopening fee is waived.

3. The U.S. Trustee is authorized to appoint a Chapter 7 Trustee in this case.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: January 27, 2022